**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY J. SCHOLL, JR.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:25-cv-06257-JDW** |
| | : | |
| **LAUREL HARRY,** *et al.,* | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 10th day of June, 2026, upon consideration of Plaintiff Anthony J. Scholl, Jr.'s Motion for Reconsideration (ECF No. 11) and Motion for Leave to Amend Complaint (ECF No. 12), it is **ORDERED** that each Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Amended Complaint is **DEEMED** filed, and the Clerk of Court shall add "Lt. Judge" as a named Defendant.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the following claims in the Amended Complaint are **DISMISSED WITH PREJUDICE**:

        a.     All claims based on strip searches and body cavity searches;

        b.     All claims based on excessive force **except** the claims against Defendants C.O. King and C.O. Trotman; and

        c.     All claims asserted against Defendants Laurel Harry, Michael Wenerowicz, Lt. Martin, C.O. Stevenson, C.O. Clausen, J. Terra, Mr. Zaken, C.O. Eiland, Pysch Dr. Glashakow, Lt. Judge, and the "7-man John Doe CERT Team."

It is **FURTHER ORDERED** that the Clerk of Court shall terminate Laurel Harry, Michael Wenerowicz, Lt. Martin, C.O. Stevenson, C.O. Clausen, J. Terra, Mr. Zaken, C.O. Eiland, Pysch Dr. Glashakow, Lt. Judge, and the "7-man John Doe CERT Team" as Defendants.

It is **FURTHER ORDERED** that the excessive force claims asserted against Defendants C.O. King and C.O. Trotman will proceed to service.

It is **FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 4(d) and the Memorandum Of Understanding ("MOU") between the Court and the Pennsylvania Department of Corrections ("DOC"), the Clerk of Court is specially appointed to request waiver of service by sending (i) the Amended Complaint (ECF No. 13), (ii) this Order, and (iii) the attached **Acceptance of Service Form(s)**, to the DOC Location(s) specified on the Acceptance of Service Form(s) for COs King and Trotman.  The Clerk of Court shall also attach the operative pleading in this case, Mr. Scholl's Amended Complaint (ECF No. 13), as an attachment to this Order.

Pursuant to the MOU, the DOC (or counsel acting on its behalf), or a Contractor Defendant (or counsel acting on its behalf), may file the completed Acceptance of Service Form through the Court's Case Management/Electronic Case Files ("CM/ECF") System within 45 days from the date of this Order.

As to any Defendant for whom service is waived pursuant to Federal Rule of Procedure 4(d) and the MOU, a response to the Complaint must be filed within sixty (60) days of the date of this Order.[1]

If no completed Acceptance of Service Form is filed within forty-five (45) days of the date of this Order, or if waiver of service pursuant to Federal Rule of Civil Procedure 4(d) and the MOU is declined as to any Defendant(s), the Court will issue subsequent orders to attempt to effect service by the U.S. Marshal in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), as to the relevant Defendant(s).

The Clerk of Court shall not to issue summonses until further order

No discovery will take place in this case until I enter a scheduling order or other order permitting discovery. This means I **will not consider discovery motions** unless or until discovery is authorized.  At this early stage of the case, it cannot yet be determined if a hearing or discovery will be necessary for the disposition of this case.

Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*) in accordance with Federal Rule of Civil Procedure 5(b), and Local Rule 5.1.2 where applicable, and should include any certificate of service required by Rule 5(d).

---

[1] Defendants are reminded that they must comply with DOC ADM 803, https://www.pa.gov/content/dam/copapwp-pagov/en/cor/documents/about-us/doc-policies/803%20Inmate%20Mail%20and%20Incoming%20Publications.pdf, and any other relevant institutional mail policies at the facility where Scholl is housed, in addition to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, when serving responsive pleadings and other documents.

Any request for court action shall be set forth in a motion, properly filed and served. The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court. Parties shall follow the Federal Rules of Civil Procedure and Local Rules. Mr. Scholl must comply with Local Civil Rule 7.1 and serve and file a proper response to all motions within 14 days. Failure to do so may result in dismissal.

Once discovery is permitted, Mr. Scholl should note Local Rule 26.1(f) which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute." In accordance with Local Rule 26.1(f), Mr. Scholl shall attempt to resolve any discovery disputes by contacting Defendants' counsel directly by telephone or through correspondence.

No direct communication is to take place with the United States District Judge or United States Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk of Court.

In accordance with Local Rule 5.1(b), the parties should notify the Clerk's Office of a new address within fourteen (14) days of an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

Mr. Scholl may file a motion for voluntary dismissal of this case at any time if he decides not to pursue it.  In making this decision, Mr. Scholl should consider the statute of limitations.

BY THE COURT:

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**

**ACCEPTANCE OF SERVICE FORM**

This form is filed in accordance with the Memorandum of Understanding between the Pennsylvania Department of Corrections and the United States District Court for the Eastern District of Pennsylvania, for the following case:

**Case Name:** Scholl v. Harry

**Case Number:** 25-6257

**DOC Location:** SCI Phoenix

|     | **Defendant's Name** | **Waive Service?** | **Additional Information*** |
| --- | --- | --- | --- |
| 1   | C.O. King | Y / N | |
| 2   | C.O. Trotman | Y / N | |
| 3   | | Y / N | |
| 4   | | Y / N | |
| 5   | | Y / N | |
| 6   | | Y / N | |
| 7   | | Y / N | |
| 8   | | Y / N | |
| 9   | | Y / N | |
| 10  | | Y / N | |

* **Please provide reasons for declining waiver (such as defendant unknown, defendant not an employee, defendant no longer an employee, or other [state reason]).  Please provide name(s) of Doe defendants or efforts made to identify Doe defendants.  If this Form has been forwarded to another DOC location or to a third party, please so indicate.  Attach additional pages as necessary.**

_____          _____
Signature                                             Printed Name


_____
Date

**Once completed, file this Form using your PACER account**.  Select the "Service of Process" category, then select the event "Acceptance of Service – by Agreement". **Filing this Form does not constitute an Entry of Appearance.**